IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAP COPY AND PRINT, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>JERRY BROWN, et al.,<br><br>       Defendants.<br>_____/ | No. C 13-04621 SI<br><br>**ORDER GRANTING PLAINTIFFS'<br>MOTION FOR ENLARGEMENT OF<br>TIME AND MODIFIED BRIEFING<br>SCHEDULE AND HEARING DATE** |

On October 4, 2013, plaintiffs filed their complaint against multiple defendants. Docket No. 1. On February 13, 2014, defendant, the County of Los Angeles, filed a motion to dismiss and noticed the motion for a hearing on March 21, 2014. Docket No. 37. The response date for this motion was set for February 27, 2014. *Id*. Defendants Benavidez, Clarke, Boren, Carter, Casados, Chaparyan, Bland, Fischer, Ghobrial, Kuhle, Lane, McCullough, McGuire, Mitchell, Scheper, Sortino and the Superior Court of the County of Los Angeles filed motions to dismiss and to change venue, and noticed the motions for hearing on March 21, 2014. Docket Nos. 39, 40. The response date for these hearings was erroneously set for April 4, 2014. *Id*. Defendant General Electric Corp. also filed a motion to dismiss on February 13, 2014, and noticed the motion for hearing on April 4, 2014. Docket No. 42. The response date for this motion was set for February 27, 2014. *Id*. On February 14, 2014, defendants Jerry Brown and Kamala Harris filed a motion to dismiss and noticed the motion for hearing on April 4, 2014. Docket No. 44. Responses for this motion were set for February 28, 2014. *Id*. Defendant

1  Canon Business Solutions, Inc. filed a motion to dismiss on February 19, 2014, and noticed the motion
2  for hearing on April 4, 2014.  Docket No. 47.  The response date for this motion was set for March 21,
3  2014.  *Id*.  Also on February 19, 2014, defendant Canon Financial Services, Inc. filed a motion to
4  dismiss and noticed the motion for hearing on April 4, 2014.  Docket No. 49.  The response date for this
5  motion was set for March 5, 2014.  *Id*.

6  On February 21, 2014, plaintiffs filed a motion for extension of time to file responses and replies
7  and/or for modified briefing schedule.  Docket No. 56.  Defendant Canon Financial Services, Inc.
8  responded in opposition to plaintiffs' motion the same day.  Docket No. 57.

9  Plaintiffs request that all hearings scheduled for March 21, 2014 and April 4, 2014 be
10 rescheduled for May 9, 2014, and that a single briefing schedule be established.  The Court finds that
11 plaintiffs have shown good cause for an extension and GRANTS plaintiffs' motion.

12 The Court sets the following schedule for all of defendants' motions:

13 Plaintiffs' opposition briefs:   April 4, 2014
14 Defendants' reply briefs:        April 18, 2014
15 Hearing:                          May 9, 2014, 9:00 a.m.

16 The Court does not contemplate granting any further extensions of time on these motions.

18 **IT IS SO ORDERED.**

20 Dated: February 27, 2014

21 SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE