IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASAP COPY AND PRINT, et al.,

    Plaintiffs,

v.

JPMORGAN CHASE & CO., et al.,

    Defendants.

No. C 13-4621 SI

**RECUSAL ORDER**

I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 3/18/14

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE