IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASAP COPY AND PRINT, et al.,

    Plaintiffs,

  v.

JERRY BROWN, et al.,

    Defendants.
    _____/

No. C 13-4621 MMC

**ORDER OF RECUSAL**

    Having read and considered plaintiff Ali Tazhibi's Ex Parte Application, filed March 28, 2014 pursuant to 28 U.S.C. §§ 144 and 455, I hereby recuse myself from hearing or determining any matters that have been assigned to me in the above-titled action.

    The Clerk of Court is hereby DIRECTED to reassign the case to another district judge.

    **IT IS SO ORDERED.**

Dated: April 1, 2014

MAXINE M. CHESNEY
United States District Judge