IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAP COPY AND PRINT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BROWN ET AL, <br><br> Defendants.                              / | No. C 13-04621 CRB <br><br> **ORDER MODIFYING BRIEFING AND HEARING SCHEDULE** |

    Between the dates of April 2, 2014 and April 5, 2014, Defendants noticed numerous motions in this case. See dkts. 84, 85, 86, 87, 88, 89, 90 and 91. Plaintiffs' oppositions to those motions were due not more than 14 days after the motions were filed. See Civil Local Rule 7-3. On April 21, 2014, after all of the deadlines had passed for filing their oppositions, and after some of the Defendants filed Statements of Non-Opposition, see, e.g. dkt. 95, Plaintiffs filed an Application to Modify Hearing Date and Briefing Schedule, complaining of the briefing demands in other cases, accusing Defendants of retaliating against Plaintiffs by their actions in other cases, and as an accommodation for Plaintiff (and Plaintiffs' counsel) Nina Ringgold's disability, see dkt. 99. The Court is unmoved by Plaintiffs' assertions about other cases, particularly as Plaintiffs chose to bring this case, and chose to include so many causes of action against so many defendants. See generally Compl. (dkt. 1). Nonetheless, in order to accommodate Ms. Ringgold's disability, the Court will MODIFY

the briefing and hearing schedules as follows:

(1) Any oppositions as yet unfiled are due by May 16, 2014. Plaintiffs may not revise oppositions already filed.

(2) Defendants' replies are due by May 23, 2014.

(3) The hearing on Defendants' pending motions is hereby MOVED from May 16, 2014 to June 6, 2014.

**IT IS SO ORDERED.**

Dated: May 6, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE