IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAP COPY AND PRINT, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JERRY BROWN ET AL.,<br><br>  Defendants. | No. C 13-04621 CRB<br><br>**ORDER GRANTING MOTION FOR CHANGE OF VENUE** |

For the reasons stated in Defendants Superior Court of California, County of Los Angeles, et al.'s Motion for Change of Venue (dkt. 40) and pursuant to 28 U.S.C. § 1404(a), this Court hereby TRANSFERS this matter to the Central District of California.

**IT IS SO ORDERED.**

Dated: May 7, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\4621\order re transfer.wpd